ACCEPTED
14-14-00745-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 4:50:46 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 4:50:46 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| CAREY JAMES BURTON JUNIOR, | § | |
| Appellant | § | |
| vs. | § | CASE NO. 14-14-00745-CR |
| | | TRIAL COURT NO. 14CR0096 |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

**APPELLANT'S FIRST MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, Cary James Burton Junior, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 405th District Court of Galveston County, Texas in cause number 14CR0096 of the felony offense of Failing to Register as Sex Offender and his punishment was assessed at 4 years TDC.

II.

Appellant's brief is due on or before January 30, 2015. The undersigned counsel received a letter from Appellant on January 27, 2015 stating that he longer desires to pursue this appeal.

III.

The Appellant hereby requests an extension of time so that the undersigned counsel can send a copy of the Motion to Dismiss Appeal to appellant in TDC (Holliday Unit) for his signature

as required by Rule 42.2 TRAP, and would show unto the Court that 45 additional days should be sufficient to allow for the completion of this.

IV.

Due to the above-referenced, Appellant's counsel respectfully requests a 45 day extension to obtain appellant's signature on the Motion to Dismiss, as required by Rule 42.2, TRAP.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause.

RESPECTFULLY SUBMITTED,

/s/    Greg Russell
Greg Russell
Attorney for Appellant
711 59th Street
Galveston, Texas 77551
(409) 497-4743
(409) 497-4721 Fax
SBN: 17411550

CERTIFICATE OF SERVICE

As Attorney of Record for Appellant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for Appellee, Mr. Jack Roady, District Attorney of Galveston County at the offices of the

District Attorney of Galveston County, Texas, 600 59th Street, Galveston, Tx. 77551, on the 30th day of January 2015, via certified electronic service provider.

/s/    Greg Russell
Attorney for Appellant

CERTIFICATE OF COMPLIANCE

I do hereby certify that this brief is in compliance with rule 9.4(i) of the Texas Rules of Appellate Procedure because it is computer generated, and its relevant portions contain 426 words.

/s/    Greg Russell
Attorney for Appellant